IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KANDICE HERNDON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:23-cv-00917-FB |
| | § | |
| SASSTASS & THE POUR HORSE MOBILE | § | **JURY TRIAL DEMANDED** |
| BAR CO., LLC d/b/a THE POUR HORSE, | § | |
| MOBILE BAR CO. and d/b/a THE POUR | § | |
| HORSE CUSTOM BUILDS and | § | |
| TASSIE GRANTHAM | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

TO THE CLERK OF THE COURT:

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Kandice Herndon ("hereinafter "Plaintiff") hereby requests the Clerk enter default in this matter against Defendant Tassie Grantham (hereinafter "Defendant" or "Grantham") on the ground that Defendant failed to answer, appear, or otherwise respond to Plaintiff's Original Complaint within the time prescribed by the Federal Rules of Civil Procedure. In support thereof, Plaintiff shows the following:

Plaintiff filed this action on July 24, 2023. Dkt. Nos. 1 and 2. On July 26, 2023, summons issued. Dkt. No. 4. After several unsuccessful attempts to serve Defendant Grantham, Plaintiff filed a Motion for Substitute Service on September 11, 2023. Dkt. No. 8. On September 1, 2024, the Court granted Plaintiff's Motion for Substitute Service. Dkt. No. 10. On September 11, 2024, at 9:03 am, Defendant Grantham was personally served the summons, Original Complaint, Supplemental Complaint, and Order Granting Plaintiff's Motion for Substitute Service by process

server.[1] Dkt. No. 12. Plaintiff filed the Return of Service with the Court. Dkt. No. 12. Defendant was properly served.

Defendant's answer date was October 2, 2024. See Fed. R. Civ. P. 12. More than twenty-one (21) days have elapsed since the date on which service of the Summons and Complaint on Defendant was effective. As of the filing of this Request, Defendant has not filed an answer despite being served with the lawsuit. See **Exhibit A**. Defendant is not a minor or incompetent person. *Id.* There is no evidence that Defendant is in the military service. *Id.*

Because Defendant failed to file an answer by the October 2, 2024 deadline to do so, Plaintiff respectfully requests the Clerk to enter default against Defendant Grantham in this action.

Date: October 4, 2024

Respectfully submitted,

By: */s/* Julie P. Bell_____
Nick Guinn
Texas Bar No. 24087642
nick@gunn-lee.com
Julie P. Bell
Texas Bar No. 24116091
jbell@gunn-lee.com
GUNN, LEE & CAVE, P.C.
Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, Texas 78230
Telephone: (210) 886-9500
Facsimile: (210) 886-9883

**ATTORNEYS FOR PLAINTIFF**

---

[1] Although the Court's Order allowed Plaintiff to serve Defendant Grantham through substitute service (Dkt. No. 10), Plaintiff ultimately did not have to depend on service through substitute means because the process server personally served Defendant Grantham. Dkt. No. 12.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing "Plaintiff's Request for Entry of Default" was served on Defendant on October 4, 2024, in the manner identified below:

Tassie Grantham
16418 Ledge Rock St.
San Antonio, Texas 78232
Via First Class Mail
Via CMRRR #9589 0710 5270 1968 4224 12

                                                /s/ Julie P. Bell
                                                Julie P. Bell

4858-4548-2732, v. 2